UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

PAMELA YOUNG,                    ) ED CV 10-1565-SH
                                 )
                Plaintiff,       ) JUDGMENT
        v.                       )
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social Security  )
Administration,                  )
                                 )
                Defendant.       )
_____ )

        IT IS ADJUDGED that Judgment is entered affirming the decision of the

Commissioner and plaintiff's Complaint is dismissed.


DATED: <u>July 6, 2011</u>

                            _____
                                    STEPHEN J. HILLMAN
                            UNITED STATES MAGISTRATE JUDGE